JOSEPH SWEET *v.* BETSEY LOVELAND.

HENRY H. HATHAWAY, *Respondent, v.* ABRAHAM TUTTLE, *Appellant.* — Judgments affirmed, with costs. Opinion by LEARNED, P. J.

THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellants, v.* THE VILLAGE OF WHITEHALL and others, *as Trustees thereof, Respondents.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., taking no part.

CYRUS DEVOE, *Respondent, v.* GEORGE H. DAVIS, *Appellant.* — Judgment and order reversed, and new trial granted; costs to abide event. Opinion by BOCKES, J.

ROWLAND B. BLIVEN and CHARLES W. JAINES, *as Executors, etc., Respondents, v.* EMILY SEYMOUR and others, *Respondents,* and AMELIA CRUMB, MARY E. CRUMB and MOTT J. CRUMB, *Appellants.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

LUTHER B. WEST, *Appellant, v.* JOEL A. HAMILTON, *Respondent.* — Order denying new trial affirmed, with costs. Opinion by BOARDMAN, J.

AUGUSTUS W. CLAPP and others, *Appellants, v.* ALBERT M. LOW and others, *Respondents.* — Motion for new trial granted, costs to abide event. Opinion by BOARDMAN, J.

LYMAN BRADLEY *v.* JAMES MANNING. — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JAMES W. GREEN and NATHANIEL BENTLEY, *Appellants, v.* DELOS FRY and others, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

ANDREW DOWLING, *Appellant, v.* THE METHODIST EPISCOPAL CHURCH OF KEESEVILLE, *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

FAYETTE C. STEVENS, as Constable, etc., *Appellant, v.* ELIZA LAPHAM, *Respondent.* — Judgment of County Court reversed, and that of justice affirmed, with costs.

RICHARD F. McNAIR, *Respondent, v.* HENRY B. CATLIN, *Appellant.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.